NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VERSATOP SUPPORT SYSTEMS, LLC,**
*Plaintiff-Appellee*

**v.**

**GEORGIA EXPO, INC.,**
*Defendant-Appellant*

_____

2018-1687

_____

Appeal from the United States District Court for the District of Oregon in No. 3:15-cv-02030-JE, Magistrate Judge John Jelderks.

_____

## JUDGMENT

_____

DAVID PAUL COOPER, Kolisch Hartwell, P.C., Portland, OR, argued for plaintiff-appellee. Also represented by OWEN W. DUKELOW, DESMOND JOHN KIDNEY, II.

JOHN L. NORTH, Hill Kertscher & Wharton LLP, Atlanta, GA, argued for defendant-appellant.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 19, 2019

Date

/s/ Peter R. Marksteiner

Peter R. Marksteiner

Clerk of Court